**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CENTURY SURETY COMPANY,

      Plaintiff,

v.                                       Case No:   5:23-cv-334-GAP-PRL

PLAYERS PALACE, LLC and
LEONA WOMACK,

      Defendants

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. 10), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 30, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties